# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 13, 2016

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

      Re: Stephen Floyd Ullrich
          v. Idaho. et al.
          No. 15-9314
          (Your No. 15-35721)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on February 2, 2016 and placed on the docket May 13, 2016 as No. 15-9314.

                      Sincerely,

                      **Scott S. Harris**, Clerk

                      by

                      Erik Fossum
                      Case Analyst